JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher A. White, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No: 2:23-cv-02634-SB-AFM<br>*District Judge: Stanley Blumenfeld, Jr.*<br>*Magistrate Judge: Alexander F. MacKinnon*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, the entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: January 26, 2024         By: _____
                                          Stanley Blumenfeld, Jr.
                                          U.S. DISTRICT COURT JUDGE